# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-128
_____

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF PARI-MUTUEL
WAGERING,

     Appellant,

     v.

CHARLES F. MCCLELLAN &
NATASHA NEMETH,

     Appellees.

_____

On appeal from an order of the Division of Administrative
Hearings.
Lawrence P. Stevenson, Administrative Law Judge.

March 29, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jason L. Maine, General Counsel, and Louis Trombetta, Chief Attorney of Florida Department of Business and Professional Regulation, Tallahassee, for Appellant.

Jennifer York Rosenblum and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for Appellees.